IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL L. SMITH,

        Plaintiff,                    No. CIV S-07-2549 WBS GGH P

   vs.

C/O HANNIGAN, et al.,

        Defendants.

_____/     ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 25, 2008, the court issued an order finding that the complaint stated a colorable claim for relief as to defendants Hannigan, McGinnis, Colvin and Kennedy. The court dismissed the claims against defendants Ramirez and Gannedy with thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court now orders service of defendants Hannigan, McGinnis, Colvin and Kennedy and separately recommends dismissal of the claims against defendants Ramirez and Gannedy.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Hannigan, McGinnis, Colvin and Kennedy.

1

2. The Clerk of the Court shall send plaintiff 4 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed November 28, 2007.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Five copies of the endorsed complaint filed November 28, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 04/04/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA
```

DARRELL L. SMITH,

      Plaintiff,                      No. CIV S-07-2549 WBS GGH P

    vs.

C/O HANNIGAN, et al.,           <u>NOTICE OF SUBMISSION</u>

      Defendants.                <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____     completed summons form

        _____     completed USM-285 forms

        _____     copies of the _____
                                  Complaint/Amended Complaint

DATED:

                                            _____
                                            Plaintiff