IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL L. SMITH,

        Plaintiff,                            No. CIV S-07-2549 WBS GGH P

    vs.

C/O HANNIGAN, et al.,

        Defendants.                      FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 25, 2008, the court issued an order finding that the complaint stated a colorable claim for relief as to defendants Hannigan, McGinnis, Colvin and Kennedy. The court dismissed the claims against defendants Ramirez and Gannedy with thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint.

        Accordingly, the court has separately ordered service of defendants Hannigan, McGinnis, Colvin and Kennedy. For the reasons stated in the January 25, 2008, order the court recommends dismissal of the claims against defendants Ramirez and Gannedy.

        IT IS HEREBY RECOMMENDED that the claims contained in the complaint against defendants Ramirez and Gannedy be dismissed.

/////

1

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3  days after being served with these findings and recommendations, plaintiff may file written
4  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
6  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7  F.2d 1153 (9th Cir. 1991).

DATED:  04/04/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

sm2549.56